IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REINALDO C. ACOSTA, JR.,

    Plaintiff,

v.

SGT. MAKI, LT. TROCHINSKI, DAVE TARR,
and JOHN/JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-726-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case.

/s/                                          11/6/2018

Peter Oppeneer, Clerk of Court            Date