IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REINALDO C. ACOSTA, JR.,

    Plaintiff,

  v.

NICHOLAS MAKI, JONAS TROCHINSKI, DAVE TARR, AND ANGELA THOMPSON,

    Defendants.

Case No. 18-cv-726-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |